**Francisco VAZQUEZ–ZAMORA,
Petitioner,**

v.

**Michael B. MUKASEY, Attorney
General, Respondent.**

No. 04–74627.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2008 *.

Filed Feb. 20, 2008.

Michael K. Mehr, Esq., Santa Cruz, CA,
for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel, Department of
Homeland Security, San Francisco, CA,
OIL, Douglas E. Ginsburg, Esq., DOJ–
U.S. Department of Justice, Civil Div./Of-
fice of Immigration Lit., Washington, DC,
for Respondent.

Before: SILVERMAN, McKEOWN,
and TALLMAN, Circuit Judges.

MEMORANDUM **

The IJ correctly determined that Fran-
cisco Vazquez–Zamora was convicted of an
aggravated felony and we therefore lack
jurisdiction to review his claim that he is
eligible for discretionary cancellation of re-
moval under 8 U.S.C. § 1229b(b)(1). The
record reflects that Vazquez–Zamora was
convicted of assault with a deadly weapon
and with force likely to cause great bodily
harm contrary to California Penal Code
§ 245(a)(1) following his nolo contendere
plea. The criminal complaint alleged that
he "did willfully and unlawfully commit an
assault [ ], with a deadly weapon, to wit,
hands, fists, and by means of force likely
to produce great bodily injury." As a
result of his plea, Vazquez–Zamora re-
ceived a sentencing enhancement for the
"infliction of great bodily injury." *See*
Cal.Penal Code § 12022.7(a). Because we
have held that assault with a deadly weap-
on is a crime of violence, *see Ocampo–
Duran v. Ashcroft,* 254 F.3d 1133, 1134–35
(9th Cir.2001), and the sentencing en-
hancement applies only to principals, not
those who aid and abet, *see* Cal.Penal Code
§ 12022.7(a), Vazquez–Zamora was con-
victed of an aggravated felony.

**PETITION FOR REVIEW DIS-
MISSED.**

---

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.